[No. 61178-0-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER C. PELFREY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03046-2, Larry E. McKeeman, J., entered December 27, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Leach, JJ.

[No. 61339-1-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIME RIKAT MEIPPEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05905-7, Cheryl B. Carey, J., entered January 23, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61451-7-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEWIS WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11199-5, Sharon S. Armstrong, J., entered March 24, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61457-6-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. W.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-02883-0, Carol A. Schapira, J., entered February 27, 2008. *Affirmed* by unpublished per curiam opinion.